IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LESLIE-ANN REHER and M.R. by her
Mother and next friend, Leslie-Ann Reher,

    Plaintiffs,

v.

VOLKER DEVELOPMENT, INC., et al.,

    Defendants.

ORDER

24-cv-201-wmc

---

    Robert Theine Pledl, Victoria L. Davis Davila, and Davis & Pledl, SC, have filed a motion for leave to withdraw as counsel for plaintiffs Leslie-Ann Reher and M.R. in this matter. (Dkt. #18.)  Before granting the motion, Leslie will be given seven (7) days to advise the court of any objections to it and the grounds for any objections.  Alternatively, Leslie should promptly advise if she does not object and intends to represent herself, has engaged new counsel or is in the process of doing so.  Leslie should be aware that, as a non-lawyer, she has no authority to appear as M.R.'s legal representative.  *Navin v. Park Ridge Sch. Dist. 64*, 270 F.3d 1147, 1149 (7th Cir. 2001).  Nor can M.R., a minor, represent herself.  Fed. R. Civ. P. 17(c).  Thus, if Leslie opts to represent herself, M.R. will have to be dismissed from the action. Plaintiffs' counsel shall ensure that Leslie is aware of this deadline.

    Therefore, the court will grant Leslie seven (7) days to advise the court of any objection she may have to the withdrawal of counsel and the grounds for objecting.  If Leslie does not object by March 12, 2025, an order will be entered granting the motion to withdraw, and directing Leslie to indicate whether she intends to retain new counsel.

    Entered this 5th day of March, 2025.

                                          BY THE COURT:
                                          /s/
                                          WILLIAM M. CONLEY
                                          District Judge